UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KIRK DAVIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-38 |
| § | |
| OWEN J MURRAY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER DENYING MOTION TO VACATE PROTECTIVE ORDER

Plaintiff's motion for an order vacating the protective order protecting Defendants from all discover except for that related to qualified immunity (D.E. 118) is DENIED. Plaintiff claims that the Defendants are not entitled to qualified immunity. Defendants have asserted their right to qualified immunity and are entitled to protection from any discovery not related to the qualified immunity issue. *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985); *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987); *Wicks v. Miss. State Emp't Service,* 41 F.3d 991, 996 (5th Cir. 1995).

ORDERED this 6th day of May, 2015.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE